IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LEE A. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | C04-3003-MWB |
| | ) | |
| | ) | JUDGMENT |
| vs. | ) | IN A CIVIL CASE |
| | ) | |
| CONAGRA FOODS, INC., | ) | TO BE FILED UNDER SEAL |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Lee A. Morris, take nothing and this matter is dismissed in its entirety.

Dated: September 28, 2005

PRIDGEN J. WATKINS
Clerk

s/ des

(By) Deputy Clerk

67 / 45